1

2

3

4

5

6                             UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                          * * *

9    UNITED STATES OF AMERICA,            )
                                          )
10                      Plaintiff,        )        2:15-cr-00293-LRH-NJK
                                          )
11   vs.                                  )        **ORDER**
                                          )
12   LUIS ORTEGA,                         )
                                          )        (Docket No. 11)
13                      Defendant.        )
                                          )
14   _____)

15          Pending before the Court is the United States' motion to unseal the indictment in the instant

16   case.  Docket No. 11.  The United States represents that Defendant is the only person charged in the

17   indictment, he has been ordered detained pending trial, he is currently in custody, and he does not

18   oppose unsealing the indictment.  *Id*. at 2.

19          For good cause shown, the Court hereby **GRANTS** the United States' motion.   The

20   indictment in the instant case is ordered unsealed.

21          IT IS SO ORDERED.

22          DATED this 4th day of November, 2015.

23

24

25                                                 _____
                                                   NANCY J. KOPPE
26                                                 United States Magistrate Judge

27

28