UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:15-cr-00293-LRH-NJK |
| vs. | ) | **ORDER** |
| LUIS ORTEGA, | ) | |
| Defendant. | ) | (Docket No. 13) |

Pending before the Court is the United States' motion to unseal the instant case. Docket No. 13. The United States represents that Defendant is the only person charged in the case, he has been ordered detained pending trial, he is currently in custody, and he does not oppose unsealing the case. *Id*. at 2.

For good cause shown, the Court hereby **GRANTS** the United States' motion. The instant case is ordered unsealed.

IT IS SO ORDERED.

DATED this 10th day of November, 2015.

NANCY J. KOPPE
United States Magistrate Judge