DANIEL G. BOGDEN
United States Attorney
District of Nevada
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00293-LRH-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS** |
| LUIS ORTEGA, | [Docket No. 60] |
| Defendant. | |

It is hereby stipulated and agreed, by and between Daniel G. Bogden, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Kathleen Bliss, counsel for defendant Luis Ortega, that the Government's deadline to respond to the defendant's Motion to Suppress, currently set for December 30, 2016, be extended to January 11, 2017, and that the defendant's deadline to file any reply, currently set for January 7, 2017, be extended to January 19, 2017. The requested extension would not affect the currently scheduled dates for calendar call and trial.

This stipulation is entered into for the following reasons:

1. The parties request a continuance because former counsel for the Government has left the U.S. Attorney's Office, and this case was recently reassigned to new counsel for the Government.

2. The requested continuance does not affect the currently scheduled dates for calendar call and trial in this case, as briefing on the Motion to Suppress would conclude six weeks before calendar call.

3. The additional time requested is not sought for purposes of delay, but to allow new counsel for the Government to become familiar with the case and adequately respond to the defendant's Motion to Suppress.

4. The defendant is in custody, but does not object to the continuance.

5. This is the first request for an extension of time regarding the briefing schedule on defendant's Motion to Suppress.

Dated this the 27th day of December, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

By: /s/                                              By: /s/
KATHLEEN BLISS                              RICHARD ANTHONY LOPEZ
Counsel for Defendant Luis Ortega    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:15-cr-00293-LRH-NJK |
| vs. | ) |
| LUIS ORTEGA, | ) |
| Defendant. | ) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request a continuance because former counsel for the Government has left the U.S. Attorney's Office, and this case was recently reassigned to new counsel for the Government.

2. The requested continuance does not affect the currently scheduled dates for calendar call and trial in this case, as briefing on the Motion to Suppress would conclude six weeks before calendar call.

3. The additional time requested is not sought for purposes of delay, but to allow new counsel for the Government to become familiar with the case and adequately respond to the defendant's Motion to Suppress.

4. The defendant is in custody, but does not object to the continuance.

5. This is the first request for an extension of time regarding the briefing schedule on defendant's Motion to Suppress.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the briefing deadlines.

**ORDER**

IT IS ORDERED that the deadline for the Government's response to the defendant's Motion to Suppress be extended to January 11, 2017; and

IT IS FURTHER ORDERED that the deadline for any reply by the defendant be extended to January 19, 2017.

Dated this 27th day of December, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE