FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-293-LRH-NJK |
| Plaintiff, | ) | WAIVER AND CONSENT ORDER |
| vs. | ) | |
| LUIS ORTEGA, | ) | |
| Defendant. | ) | |

Defendant, <u>Luis Ortega</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____                    _____
Counsel for Defendant                                              Assistant U.S. Attorney

DATED this 2nd day of May, 2017.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE